UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENTS, INC.
   Plaintiff

v.

PEREZ & CIA. DE PUERTO RICO, INC.
   Defendant

Civil No. 97-1864(SEC)

### ORDER

| MOTION | RULING |
|---|---|
| **Docket #34**<br>Defendants' Motion to Reconsider Dismissal of Claims Without Prejudice | **Denied.** Plaintiff correctly asserts that under Fed.R.Civ.P. 41(a)(1)(i) plaintiff may voluntarily dismiss without prejudice as a matter of right if a defendant has not yet answered the complaint or otherwise plead. |
| **Docket #39**<br>Defendant's Motion to Compel Discovery and for Reimbursement of Expenses Incurred Because of Witness' Failure to Appear at Deposition | **Denied.** Contrary to defendants' assertion that he is an agent of plaintiff corporation, Mr. MacCrohon is not a party to the present suit. Therefore, defendants are required to serve a subpoena upon him pursuant to Fed.R.Civ.P. 45 in order to compel him to appear for a deposition. |
| **Docket #47**<br>Motion for Leave to File Reply Memorandum to Opposition to Motion to Disqualify Attorney Cerezo as Plaintiff's Counsel | **Granted.** The Clerk of Court shall file the tendered reply memorandum. |
| **Docket #50**<br>Motion for Leave to File Reply Memorandum to Opposition to Motion to Compel | **Moot.** See order regarding Docket #39 above. |
| **Docket #51**<br>Motion for Extension of Time to File Dispositive Motions | **Moot.** |
| **Docket #52**<br>Motion Requesting Extension of Time to Answer Defendant's Second Set of Interrogatories | **Moot.** |





Civil No. 97-1864(SEC)                                                                                   2

| MOTION | RULING |
|---|---|
| Docket #54<br>Plaintiff's Motion for Leave to File Sur-reply to Reply to Opposition to Motion to Disqualify Attorney Cerezo as Plaintiff's Counsel | **Granted.** The Clerk of Court shall file the tendered sur-reply memorandum. |
| Docket #56<br>Defendant's Motion Seeking Hearing Regarding the Motion for Disqualification of Attorney Cerezo as Plaintiff's Counsel | **Granted.** Defendant's motion seeking the disqualification of Attorney Benny Frankie Cerezo **(Docket #38)** is hereby **REFERRED** to Magistrate Justo Arenas for the holding of a hearing and the issuance of a Report and Recommendation. |
| Docket #57<br>Motion for Extension of Time to File Dispositive Motions | Moot. |
| Docket #59<br>Motion to Strike Motion for Summary Judgment | **Denied.** |
| Docket #60<br>Plaintiff's motion to request not having to file an opposition to defendant's motion for summary judgment until the Court rules on the motion to strike | Moot. See Docket #70, Plaintiff's Opposition to Motion for Summary Judgment. |
| Docket #62<br>Motion for Extension of Time to File Pretrial Order until the Court decides the pending motion for summary judgment | **Granted.** Once the Court rules on the pending motions for summary judgment, it shall issue an order requiring parties to file the Pretrial Order. |
| Docket #64<br>Defendant's Motion for Extension of Time to File Opposition to Plaintiff's Motion for Summary Judgment | Moot. |
| Docket #65<br>Motion Requesting Order that Plaintiff file an Opposition to Defendant's Motion for Summary Judgment | Moot. See Docket #70. |

Civil No. 97-1864(SEC) 3

| MOTION | RULING |
|---|---|
| **Docket #66**<br>Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment | **Denied.** |
| **Docket #71**<br>Plaintiff's Motion Requesting Leave to File Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment | **Granted.** The Clerk of Court shall file the tendered memorandum. |
| **Docket #73**<br>Defendant's Motion Requesting Leave to File Sur-reply to Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment | **Granted.** The Clerk of Court shall file the tendered memorandum. **The matter now stands submitted.** |

DATE: September 30, 1999.

*[signature]*
SALVADOR E. CASELLAS
United States District Judge