IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 NOV 23 PM 2:00
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

HOWE INVESTMENT, LTD.,

Plaintiff

v.

PEREZ & CIA. DE PUERTO RICO, INC.,

Defendant

CIVIL 97-1864 (SEC)

ORDER

On June 2, 1998, attorney Bennie Frankie Cerezo sought to be admitted as counsel on behalf of plaintiff, thus relieving attorney José Luis González Castañer from further representation. (Docket No. 30.) On July 22, 1998, the defendant moved to disqualify attorney Cerezo as plaintiff's counsel. (Docket No. 38.) An opposition to this motion was filed on August 28, 1998. (Docket No. 44.) A motion for leave to file reply memorandum to opposition to motion to disqualify attorney Cerezo as plaintiff's counsel filed on September 11, 1998 (docket No. 47) was granted on September 30, 1999. On October 14, 1998, plaintiff moved for leave to file a sur-reply to reply to opposition to motion to disqualify attorney Cerezo as plaintiff's counsel. (Docket No. 54.) That motion was also granted on September 30, 1999. The defense sought an evidentiary hearing by motion dated October 29, 1998. (Docket No. 56.) On September 30, 1999, the court referred Docket No. 56, Defendant's Motion Seeking Hearing Regarding the Motion for Disqualification of



Attorney Cerezo as Plaintiff's Counsel to me for the holding of a hearing and the issuance of a report and recommendation. On that same day, plaintiff filed a sur-reply memorandum in support of its opposition to defendant's motion to disqualify plaintiff's counsel, Docket No. 77, which had been tendered on October 14, 1998. The defendant filed a reply memorandum in support of motion to disqualify Benny Frankie Cerezo as plaintiff's counsel on September 30, 1999. (Docket No. 80.)

An evidentiary hearing on the issue of disqualification is set before me for Tuesday, December 21, 1999 at 9:30 a.m.

In San Juan, Puerto Rico, this 22nd day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge