# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Howe Investment Ltd.

Plaintiff

v.                                                                Civ. No. 97-1864 (SEC)

Pérez & Cía de Puerto Rico

Defendant(s)

## ORDER
By order of the Court the above captioned case set herein for:

**STATUS CONFERENCE**
on _____ at _____ is hereby reset for
                 at _____ before _____

**EVIDENTIARY HEARING that was set for:**

　　　December 21, 1999　　at　　9:30 a. m.　　is hereby reset for
　　　December 15, 1999　　at　　2:30 p. m.　　before  Justo Arenas
　　　　　　　　　　　　　　　　　　　　　　　　　　U. S. Magistrate Judge

**SOME DISPOSITION HEARING**
on _____ at _____ is hereby reset for
                 at _____ before _____

**IT IS SO ORDERED**

This  30th  day of  November, 1999

FRANCES RIOS DE MORAN
Clerk of Court

By: _____
Deputy Clerk


