IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT, LTD.,

Plaintiff

v.                                                                CIVIL 97-1864 (SEC)

PÉREZ & CIA. DE PUERTO RICO, INC.,

Defendant

## ORDER

I hereby disqualify myself in this case.

SO ORDERED.

At San Juan, Puerto Rico, this 3rd day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)