IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**HOWE INVESTMENT LTD.,**    *

Plaintiff,    *

vs.    *    CIVIL 97-1864 (SEC)

**PEREZ & CIA. DE PUERTO RICO, INC.,**    *

*

Defendant,
*************************************

## MEMORANDUM OF THE CLERK

Pursuant to Order of Recusal of Magistrate-Judge Justo Arenas dated December 3, 1999, this case has been randomly reassigned to **Magistrate-Judge Jesus A. Castellanos** for any further proceedings in compliance with Order of Judge Salvador E. Casellas of September 30, 1999 (docket #76).

At San Juan, Puerto Rico, December 6, 1999

FRANCES RIOS DE MORAN
Clerk of Court

Laura E. Rivera
Operations Manager