IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT LTD.,

    Plaintiff

    v.                        CIVIL NO. 97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.,

    Defendant

## ORDER

The Evidentiary Hearing scheduled for December 15, 1999 at 2:00 p.m. is hereby set aside until further order from the Court.

This case was reassigned to the undersigned on December 6, 1999, and received in my chambers on December 7, 1999. Once the undersigned get familiarized with the controversy, the hearing will then be rescheduled.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of December 1999.

                                J. ANTONIO CASTELLANOS
                                United States Magistrate Judge