IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT LTD.,

    Plaintiff

    v.                         CIVIL NO. 97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.,

    Defendant

## ORDER

The Evidentiary Hearing set for December 15, 1999 is hereby rescheduled for **Wednesday, January 26, 2000 at 9:30 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of December, 1999.

J. ANTONIO CASTELLANOS
United States Magistrate Judge