# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 JAN -7  AM 10: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

HOWE INVESTMENT LTD.

    Plaintiff(s)

        v.                 Civil Case No.  97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.,

    Defendant(s)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date Filed: 12-28-99 | Docket No. 95 | Title: |
| [x] Plaintiff(s) | [ ] Defendant(s) | **Plaintiff's Motion Requesting Continuance** |

## ORDER

[ X ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

**Order:**

The Evidentiary Hearing set for January 26, 2000 is **rescheduled** for **Thursday, February 3, 2000 at 9:00 a.m.**

Parties to be informed by telephone and fax or mail.

_____01-04-00_____
Date

J. Antonio Castellanos
U.S. Magistrate Judge