
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO




HOWE INVESTMENT LTD.

    Plaintiff(s)

    v.        Civil Case No. 97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.,

    Defendant(s)

## DESCRIPTION OF MOTION

| Date Filed: 12-07-99 | Docket No. 90 | Title: |
|---|---|---|
| [ X ] Plaintiff(s) | [ ] Defendant(s) | **Motion for Prohibition of Sale and Disposition** |

## ORDER

[ ] is GRANTED.    **Order:**

[ X ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.



01-25-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge

