## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



HOWE INVESTMENT LTD.

    Plaintiff(s)

    v.                    Civil Case No. 97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.,

    Defendant(s)

### DESCRIPTION OF MOTION

Date Filed: 01-21-00    Docket No. 97    Title:

[ ] Plaintiff(s)    [ X ] Defendant(s)    **Motion Requesting that Hearing Regarding Disqualification of Plaintiff's Counsel be Transferred to February 22, 2000.**

### ORDER

[ X ] is GRANTED.    **Order:**

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

01-24-00                          J. Antonio Castellanos
Date                             U.S. Magistrate Judge

RECEIVED & FILED '00 JAN 27 AM 7:32 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

