UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES

DATE:  February 1, 2000

HONORABLE MAGISTRATE JUDGE J. A. CASTELLANOS

CIVIL NO:  97-1864(SEC)

===============================================================
HOWE INVESTMENT LTD.,

   Plaintiff

   v.

PEREZ & CIA. DE PUERTO RICO, INC., et al.,

   Defendants
===============================================================

A telephone conference was held today. The parties were represented by Counsel Jane Becker and Magda Morales. After having heard counsel's arguments regarding the date set for the Evidentiary Hearing, this magistrate set aside the hearing of February 22, 2000 (D.E. #102), and **reinstated** it for the original date of **Thursday, February 3, 2000 at 9:00 a.m.**

Parties to be notified by telephone, fax and/or mail.

*[signature] USMJ*

*notified by phone:*
*Jane Becker*
*B. Cerezo*
*E. Muñoz*
*L. Saldaña*
*J. Soto*
*2/01/00*
*ro*

*(all)*