# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



HOWE INVESTMENT LTD.

    Plaintiff(s)

    v.                              Civil Case No. 97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.,

    Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 02-01-00     Docket No. 105    Title:

[ ] Plaintiff(s)    [ x ] Defendant(s)    **Emergency Motion Requesting Reconsideration of Scheduling of Hearing Date for February 3, 2000**

## ORDER

[ ] is GRANTED.

[ X ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

Order:

The Evidentiary hearing will be held on **February 3, 2000 at 9:00 a.m.**

Parties to be notified by telephone, fax and/or mail.

_02-02-00_
Date

J. Antonio Castellanos
U.S. Magistrate Judge