# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



HOWE INVESTMENT LTD.

Plaintiff(s)

v.                                  Civil Case No. 97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.,

Defendant(s)

RECEIVED & FILED
'00 FEB 22 AM 7:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date Filed: 02-16-00 | Docket No. 110 | Title: |
| [ X ] Plaintiff(s) | [ ] Defendant(s) | Motion on Defendant's Compliance with February 3, 2000 |

## ORDER

[ ] is GRANTED.            Order:

[X] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

_02-18-00_
Date

J. Antonio Castellanos
U.S. Magistrate Judge