IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: February 24, 2000

| | |
|---|---|
| HOWE INVESTMENT LTD. | |
| Plaintiff | |
| vs. | CIVIL NO. 97-1864 (SEC) |
| PEREZ & CIA. DE PUERTO RICO, et al | |
| Defendants | |

By Order of the Court a **Hearing on Motion Requesting Order** is hereby set for **February 24, 2000 at 2:00 p.m.**. This proceeding will be held before Honorable Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

s/c   Benny F. Cerezo
      Charles S. Fax
      Jane Becker-Whitaker
      Juan B. Soto
      Notified by phone on 2/23/00

