**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

_Howe Investment, Ltd._
_____
Plaintiff(s)

v.

_Pérez & Cia. de P.R., Inc._
_____
Defendant(s)

Civil No. _97-1864_ (SEC)

RECEIVED & FILED
'00 MAR -8 A 7: 28
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: _3/2/00_    DOCKET #: _118_    TITLE:

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)    _Motion Requesting Extension of Time_

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

| COMMENTS |
|---|

_____

_____

_____

_____

_____

_____

_March 6, 2000_
_____
DATE

_(signature)_
SALVADOR E. CASELLAS
United States District Judge

