IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HOWE INVESTMENT, LTD. | * |
| Plaintiff | * Civil No. 97-1864(SEC) |
| v. | * |
| PEREZ & CIA. DE PUERTO RICO, INC. | * |
| Defendant | * |

**ORDER**

The further hearing on plaintiff's "Urgent Motion Requesting Remedies" (**(Docket # 112)** and "Urgent Supplementary Motion" (**Docket # 113**) set for **Wednesday, March 6, 2000, at 2:00 p.m.** is hereby **RESET** for **Wednesday, April 5, 2000, at 9:30 a.m.** Until such date, the order issued by the Court at the hearing held on February 24, 2000 (**Docket # 119, at 52-55**), shall remain in full force and effect. The Court also reminds the parties that they should make a serious effort to agree on a stipulation that would resolve this matter prior to April 5. Finally, defendant is hereby **ORDERED** to respond to plaintiff's "Motion Requesting Order" (**Docket # 120**) **within five (5) days** from the entry date of this order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9TH day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)