UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT, LTD.
    Plaintiff

        v.                     Civil No. 97-1864(SEC)

PEREZ & CIA. DE PUERTO RICO, INC.
    Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Docket # 86**<br>Motion to Seal | Granted. |
| **Docket # 103**<br>Plaintiff's "Urgent Motion for Reconsideration of Order Rescheduling Evidentiary Hearing . . . ." | Moot. |
| **Docket # 112**<br>Plaintiff's "Urgent Motion Requesting Remedies" | Moot. |
| **Docket # 113**<br>Plaintiff's "Urgent Supplementary Motion" | Moot. |
| **Docket # 139**<br>Plaintiff's "Motion for Leave to File Reply Brief . . . ." | Granted. The Clerk of the Court shall filed plaintiff's tendered reply brief. |

DATE: May 25, 2000

                                      SALVADOR E. CASELLAS
                                      United States District Judge

