IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT LTD.           *
                               *
Plaintiff                      *    **Civil No. 97-1864(SEC)**
                               *
v.                             *
                               *
PEREZ & CIA. DE PUERTO RICO, et al.  *
                               *
Defendants                     *
*************************************

## ORDER

Upon plaintiff's motion (**Docket # 147**), the law firm of Pelayo, Fraile, Clemente y Maestre is hereby appointed pursuant to Fed. R. Civ. P. 4(c) to effect service of process upon the defendants located in Spain, in accordance with the Hague Convention and applicable international law.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)