UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**          DATE: February 13, 2001

HOWE INVESTMENT LTD.

    Plaintiff

vs.                                  CIVIL NO.  97-1864 (SEC)

PEREZ & CIA. DE PUERTO RICO

    Defendant

By Order of the Court, **Hearing on motion for summary judgment (#58) and cross-motion for summary judgment (#61) is hereby set for March 5, 2001 at 9:30 a.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

_____
COURTROOM DEPUTY CLERK


