# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**HOWE INVESTMENT, LTD.**

    VS.                                CIVIL NO. <u>97-1864</u>(SEC)

**PEREZ & CIA. DE P.R., INC.**

| DESCRIPTION OF MOTION |
|---|
| DATE FILED: 3/9/01    DOCKET:157    TITLE: REQUEST FOR ENTRY OF DEFAULT<br>[X] Plaintiff(s)<br>[ ] Defendant(s) |
| O-R-D-E-R |
| DEFAULT OF DEFENDANTS IS HEREBY ENTERED. |

3/12/01                                              FRANCES RIOS DE MORAN
DATE                                                  CLERK OF THE COURT

                                                                     BY: *Franchesca Torres* (signature)
                                                                     Franchesca Torres
                                                                     DEPUTY CLERK


