# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
# MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE SALVADOR E. CASELLAS | |
| CIVIL CASE NO: 97-1864 | DATE: March 5, 2001 |

| | |
|---|---|
| **HOWE INVESTMENT, LTD.**<br>Plaintiff | Attorneys:<br>Roxana Cerezo, Benny F. Cerezo,<br>Lino Saldána, Esqs. |
| v. | |
| **PEREZ & CIA DE P.R.**<br>Defendants | Charles Fax, Jane Becker, Dana<br>Wilson, Esqs. |

At the conclusion of the summary judgment hearing, a settlement conference was held in chambers. The parties were represented by counsel. The case and possibilities of settlement were discussed. Counsel was encouraged to arrange a meeting of their clients so that the parties could discuss a possible extra-judicial agreement. The meeting was tentatively set for late March in Madrid, Spain. The parties were Ordered to inform the Court as to the scheduling of any such meeting, and provide a summary of negotiations by no later than April 13, 2001.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

