UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT LTD.
    Plaintiff
           v.                Civil No. 97-1864(SEC)
PEREZ & CIA, DE PUERTO RICO, INC.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket #120<br>Motion Requesting Order | MOOT. (See Docket 133). |
| Docket #136<br>Motion for Leave to Reply to Defendant Perez & Cia's<br>Opposition to Motion Requesting leave to Amend Complaint | MOOT. |

DATE: March 21, 2001

SALVADOR E. CASELLAS
United States District Judge

