UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 MAY -7 AM 11: 27

HOWE INVESTMENT, LTD.
    Plaintiff
        v.            Civil No. 97-1864(SEC)
PEREZ & CIA de PUERTO RICO, INC., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #169** **Defendant Perez y Cia. de Puerto Rico Inc.'s Consolidated Motion to Strike and for Sanctions, Demand for Jury Trial and Response to Plaintiff Howe Investment, Ltd.'s Informative Motion Filed on or about April 16, 2001** | 1. On March 5, 2001, at the conclusion of the summary judgment hearing, a settlement conference was held in chambers. The Court prepared and circulated minutes of the proceedings. (Docket #161). During the conference, the Court instructed the parties to provide a summary of negotiations of the parties' settlement negotiations. On April 16, 2001, Plaintiff filed an Informative Motion in compliance with the Court's Order. The monetary amounts discussed in the negotiations were redacted. (Docket #168). Defendant filed a response on April 25, 2001, objecting to Plaintiff's characterization of the settlement negotiations. (Docket #169). In their motion, Defendant asks the Court to strike Plaintiff's motion. After considering Defendant's arguments, the Court has decided to **DENY** Defendant's request. Instead, Defendant is granted a period of **(10) ten days** to prepare and submit summary of the settlement negotiations from their perspective. 2. Defendant's request for sanctions is **DENIED**. 3. Defendant's request for a jury trial is **DENIED**. See Fed. R. Civ. P. 38(b) & (d). 4. A further settlement conference will be set by the Court. |

DATE: May 4, 2001

SALVADOR E. CASELLAS
United States District Judge