IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT, LTD.,       *
                             *
Plaintiff                    *
                             *   Civil No. 97-1864(SEC)
v.                           *
                             *
PEREZ Y CIA DE PUERTO RICO, INC. *
                             *
Defendant                    *
*************************************

## ORDER

By Order of the Court, a Status Conference is hereby set in the above-captioned case for **Thursday May 24, 2001 at 10:00 a.m.** The parties should come prepared to inform the Court as to the status and results of their extra-judicial settlement negotiations.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10TH day of May, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)