IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT, LTD.        *
                             *
Plaintiff                    *
                             *   Civil No. 97-1864(SEC)
v.                           *
                             *
PEREZ Y CIA DE PUERTO RICO, INC.  *
                             *
Defendant                    *
*************************************

## ORDER

By Order of the Court, the Status Conference originally set for Thursday May 24, 2001, is hereby reset for **Wednesday May 23, 2001, at 10:00 a.m.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 14TH day of May, 2001.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)