IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Howe Investment, Ltd.
_____
Plaintiff(s)

v.

Perez & Cia de P.R. Inc.
_____
Defendant(s)

Civil No. 97-1864 (SEC)

RECEIVED & FILED
01 AUG -3 AM 6:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 7-23-01   DOCKET #: 183   TITLE: Informative Motion on Mediation and Request for an Extension of Time

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)
[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[✓] GRANTED              [ ] DENIED

[ ] NOTED                [ ] MOOT

## COMMENTS

Due 8-31-01

_2-VIII-01_
DATE

SALVADOR E. CASELLAS
United States District Judge


