# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HOWE INVESTMENT, LTD. | * |
| | * |
| Plaintiff | * |
| | * Civil No. 97-1864(SEC) |
| v. | * Breach of Contract |
| | * |
| PEREZ & CIA. DE PUERTO RICO, INC., | * |
| et al. | * |
| | * |
| Defendants | * |



## ORDER

Before the Court is Plaintiff's motion requesting a settlement conference **(Docket #185)**. As the parties are aware, the Court has not, and will not become involved in the substance of the ongoing settlement negotiations; thus, Plaintiff's request for a settlement conference is **DENIED.**

The parties are encouraged to continue their mediation efforts with the Honorable Carmen Rita Velez, and as such, the Court will grant them a final term, expiring on September 15, 2001, to conclude the mediation process and inform the Court of the results. If no agreement is reached by that date, the Court will consider the matters before it submitted, and rule accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of August, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)