IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HOWE INVESTMENT, LTD.       *
                            *
Plaintiff                   *
                            *   Civil No. 97-1864(SEC)
v.                          *
                            *
PEREZ Y CIA DE PUERTO RICO, INC. *
                            *
Defendant(s)                *
*********************************

## JUDGMENT

Before the Court is the parties' **SEALED STIPULATION OF DISMISSAL WITH PREJUDICE (Docket #192)**, the terms of which are incorporated herein. The Court has examined the same and finds that it complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), therefore the above-referenced action is hereby **DISMISSED WITH PREJUDICE**. Also, pursuant to the parties' request **(Docket #191)**, the sealed stipulation shall remain sealed in perpetuity. The Clerk shall enter judgment accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31ST day of October, 2001.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)