# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Howe Investment Ltd.
_____
Plaintiff(s)

v.

Perez : Cia de P.R., Inc.
_____
Defendant(s)

Civil No. 97-1864 (SEC)

RECEIVED & FILED
01 NOV 14 AM 7:3_
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P__

## DESCRIPTION OF MOTION

DATE FILED: 11-6-01    DOCKET #: 194    TITLE: Motion Requesting Withdrawal of Non-Resident Bond

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

## DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## COMMENTS

Rec. # 100 89412 : Acc. # 604700

_____
/3 NOV 01
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

c: Auth + Finance
11-14-01