IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Howe Investment, Ltd.
Plaintiff(s)

v.   Civil No. 97-1864 (SEC)

Perez y Cia de P.R., Inc.
Defendant(s)

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 1-15-02    DOCKET #: 198    TITLE: Informative Motion

[✓] Plaintiff(s)     [ ] Third Party Defendant(s)

[ ] Defendant(s)     [ ] Joint

DISPOSITION:

[ ] GRANTED          [ ] DENIED

[✓] NOTED            [ ] MOOT

| COMMENTS |
|---|

Plaintiff's requests have already been granted by the Court. See Docket # 193, a copy of which is attached hereto.

23 I 02
DATE

SALVADOR E. CASELLAS
United States District Judge

Attachment via fax to Atty. Cerezo 1/24/02