**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Howe Investment Ltd.
_____
Plaintiff(s)

Civil No. 97-1864 (SEC)

v.

Perez : Cia de P.R., Inc, et al
_____
Defendant(s)

RECEIVED & FILED
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
02 MAY 10 AM 11 19

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 11-16-01    DOCKET #: 196    TITLE: Motion for Return of Security Bond

[√] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

DISPOSITION:

[√] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

| COMMENTS |
|---|

Check # 23596.  (# 4,109. 90/100)

8 V 02
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

c: Finance
5/10/02